# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NELSON, JR., | No. 2:19-CV-2260-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint in this case is deemed a proposed amended complaint in Nelson v. City of Sacramento, et al., E. Dist. Cal. Case No. 2:19-CV-1841-MCE-AC (Nelson I). The Clerk of the Court is directed to file the complaint in this action as a proposed amended complaint in the Nelson I action with a filing date of November 8, 2019, and close this file.

IT IS SO ORDERED.

Dated: January 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1